UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WOODS VIEW II, LLC a Washington limited liability company; DARLENE A. PIPER, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, a Washington municipality; LARRY M. KEETON, and JANE DOE KEETON, husband and wife, and the marital community comprised thereof; CHRIS GEARS and JANE DOE GEARS, husband and wife, and the marital community comprised thereof; and SHELLEY KNEIP and JOHN DOE KNEIP, a wife and husband, and the marital community comprised thereof,<br><br>Defendants. | CASE NO.  C10-05114 JRC<br><br>ORDER GRANTING CONTINUANCE AND PAGE LIMIT EXTENSIONS |

Defendants filed a Motion for Summary Judgment (ECF No. 24), which was noted for hearing on April 1, 2011.  Plaintiffs filed a Motion for Continuance of the Motion for Summary Judgment (ECF No. 27), also noted on April 1, 2011.  After reviewing the pleadings, the court conducted an informal status conference on March 31, 2011.

After reviewing the motion and the responsive pleadings, and after hearing from each of the parties, it is clear that at least some, if not all, of the issues raised in Defendants' Motion for

ORDER - 1

Summary Judgment do not require additional discovery.  Some issues may, but a review of Plaintiffs' responsive pleadings do not clearly show which issues those may be.

While Fed. R. Civ. P. 56(d) allows for a continuance in order to conduct discovery, the Plaintiffs must make clear what information it sought and how it would preclude summary judgment.  See Margolis v. Ryan, 140 F.3d 850, 853 (9th Cir. 1990).  So far, Plaintiffs have not done so.

Nevertheless, all parties are entitled to have their cases decided on the merits.  Therefore, this court will grant Plaintiffs' Motion for Continuance.  Defendants' Motion for Summary Judgment will be renoted for April 22, 2011.  Pursuant to Plaintiffs' request, Plaintiffs will file a new responsive brief with an extended page limit of thirty (30) pages.  If Plaintiffs assert Rule 56(d) as grounds for a further continuance, Plaintiffs must specify what information is sought and how it would preclude summary judgment regarding each of Defendants' claimed grounds.

Defendants' reply brief shall be no longer than twelve (12) pages and will be due on April 22, 2011.

DATED this 1st day of April, 2011.

J. Richard Creatura
United States Magistrate Judge