UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WOODS VIEW II, LLC a Washington limited liability company; DARLENE A. PIPER, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, a Washington municipality; LARRY M. KEETON, and JANE DOE KEETON, husband and wife, and the marital community comprised thereof; CHRIS GEARS and JANE DOE GEARS, husband and wife, and the marital community comprised thereof; and SHELLEY KNEIP and JOHN DOE KNEIP, a wife and husband, and the marital community comprised thereof,<br><br>Defendants. | CASE NO. C10-05114 JRC<br><br>ORDER OF RECUSAL |

Upon reviewing Plaintiffs' Revised Opposition to Defendants' Motion for Summary Judgment (ECF No. 38), this Court recognized for the first time that Plaintiffs were relying in part on the Declaration of Lawrence J. Curles (ECF No. 44), General Manager of West Sound Utility District. See Plaintiffs' Revised Opposition at pages 14-15. This Court is personal friends with Mr. Curles. We celebrate holidays together, have vacationed together and belong to the same church.

ORDER - 1

1         To avoid the appearance of impropriety or bias, this Court has decided to recuse itself

2 from this case and the Clerk is directed to reassign the case to another judge.

3         DATED this 25th day of April, 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2